IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERESA PHELPS, *o/b/o* <br> DENNIS D. PHELPS, *deceased*, <br><br> Plaintiff, <br><br> vs. <br><br> JOANNE B. BARNHART, <br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) 1:05-CV-00548-B <br> ) [WO] <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered this day granting the Defendant's motion to remand this case, pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings to issue a finding of disability, it is hereby

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT,** pursuant to Rule 58 of the Federal Rules of Civil Procedure, be, and is hereby, entered in favor of Plaintiff, Teresa Phelps, o/b/o Dennis D. Phelps, deceased, and against the Defendant, Commissioner of Social Security, and that this case be **REMANDED** to the Commissioner pursuant to *sentence four* of 42 U.S.C. § 405(g).

Done this 5th day of December, 2005.

                                                  **/s/ Delores R. Boyd**
                                                  DELORES R. BOYD
                                                  UNITED STATES MAGISTRATE JUDGE